## BURT *v.* BROOM.

*Simmons, C. J.*—The first general grant of a new trial will be affirmed by this court as a matter of course, unless it is manifest beyond doubt that the trial judge erred in setting the verdict aside.   There is nothing in this case to take it out of the rule on this subject which in many and various forms has been so repeatedly announced.          *Judgment affirmed.*

July 29, 1895.  By two Justices.

Action on bond.   Before Judge Jenkins.   Hancock superior court.   August term, 1894.

*R. B. Harley* and *J. T. Jordan,* for plaintiff.
*R. H. Lewis* and *T. L. Reese,* contra.

---

## MANN *v.* VANDYKE, surviving partner.

*Atkinson, J.*—This case falls within the oft-repeated rule laid down by this court, that the first grant of a new trial, on general grounds, will not be reversed.      *Judgment affirmed.*

July 29, 1895.

Action on contract.   Before Judge Turnbull.   City court of Floyd county.   September term, 1894.

*H. M. Wright* and *Dean & Dean,* for plaintiff.
*McHenry, Nunnally & Neel,* for defendant.